BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00639 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME** |
| v. | |
| ROBERT ANDERSON and SCOTT STEEVER, | |
| Defendants. | |

      With the agreement of the parties in open court on August 26, 2015, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 26, 2015, to November 4, 2015. The Court finds and holds, as follows:

      1.     The parties appeared before the Court on August 26, 2015. The defendant Anderson was present and represented by counsel Patrick Robbins. The defendant Steever was not present. Counsel for Steever, Assistant Federal Public Defender Candis Mitchell, had previously advised the parties that Steever would not be present due to medical issues. At the appearance on August 26, 2015, counsel for Anderson advised that he had recently been appointed and required time to review discovery and discuss a possible resolution with the United States. Counsel for Steever was not present but Assistant Federal

STIPULATION AND [PROPOSED] ORDER
CR 14-0639 EMC

1  Public Defender Elizabeth Falk specially appeared for her.  Assistant United States Attorney Denise
2  Marie Barton also advised that the defendants are charged together, no motion for severance has been
3  filed, and the United States believes that the defendants are properly joined for trial.  Counsel jointly
4  requested that the Court continue the matter to November 4, 2015, which will give counsel for Anderson
5  an opportunity to review the discovery that has been produced and time to assess a possible resolution of
6  the case.

7      2. Based on these facts, the Court finds that, taking into the account the public interest in the
8  prompt disposition of criminal cases, granting the continuance until November 4, 2015, is necessary for
9  effective preparation of defense counsel for both defendants and due to the fact that both defendants are
10 still joined.  *See* 18 U.S.C. §§  3161(h)(7)(B)(iv), 3161(h)(6).  Given these circumstances, the Court
11 finds that the ends of justice served by excluding the period from August 26, 2015, to November 4,
12 2015, outweigh the best interest of the public and the defendants in a speedy trial.  18 U.S.C.
13 § 3161(h)(7)(A).

14     3. Accordingly, and with the consent of the parties, the Court orders that the period from
15 August 26, 2015, to November 4, 2015 be excluded from Speedy Trial Act calculations under 18
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

STIPULATION AND [PROPOSED] ORDER
CR 14-0639 EMC

1 U.S.C. §§ 3161(h)(1)(D), 161(h)(6) and 3161(h)(7)(A) and (B)(iv).

3 SO STIPULATED.

4 DATED: September 9, 2015                    BRIAN J. STRETCH
                                              Acting United States Attorney

                                                     /s/
                                              _____
                                              DENISE MARIE BARTON
                                              Assistant United States Attorney

9 DATED: September 9, 2015                           /s/
                                              _____
                                              PATRICK ROBBINS
                                              Counsel for the defendant
                                              ROBERT ANDERSON

13 DATED: September 9, 2015                          /s/
                                              _____
                                              CANDIS MITCHELL
                                              Counsel for the defendant
                                              SCOTT STEEVER

16 IT IS SO ORDERED.

18 DATED: September 11, 2015

                                              _____
                                              IT IS SO ORDERED
                                              Judge Edward M. Chen
                                              UNITED STATES DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER
CR 14-0639 EMC