1  Patrick D. Robbins (CABN 152288)
   Mikael A. Abye (CABN 233458)
2  SHEARMAN & STERLING LLP
   Four Embarcadero Center, Suite 3800
3  San Francisco, CA 94111-5994
   Telephone:   415.616.1100
4  Facsimile:   415.616.1199
   Email:       probbins@shearman.com
5               mabye@shearman.com

6  *Attorneys for Defendant Robert Anderson*

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

| UNITED STATES OF AMERICA, | No. CR 14-00639 EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE REGARDING SENTENCING** |
| v. | |
| ROBERT ANDERSON; and SCOTT STEEVER, | Hearing Date:   February 1, 2017<br>Requested Date:  April 12, 2017 |
| Defendants. | |

18

19      WHEREAS, on March 9, 2016, the Court accepted Defendant Robert Anderson's guilty plea

20  in the above referenced matter and scheduled a status conference regarding sentencing for

21  August 17, 2016, at 2:30 p.m;

22      WHEREAS, on August 16, 2016, the Court continued the status conference regarding

23  sentencing pursuant to a stipulation and proposed order filed by counsel for Mr. Anderson and the

24  government requesting said continuance in light of a then up-coming January 9, 2017 trial date

25  scheduled for Mr. Anderson's co-defendant, Scott Steever;

26      WHEREAS, on November 18, 2016, Mr. Steever pled guilty to Counts 1 and 2 of the

27  indictment in this matter, and the Court scheduled Mr. Steever's sentencing for February 22, 2017;

28

WHEREAS, having met and conferred, counsel for Mr. Anderson and counsel for the government agree that rescheduling the status conference regarding sentencing until after Mr. Steever's sentencing serves the interests of efficiency and preserving court resources;

**IT IS HEREBY STIPULATED AND AGREED** between the parties to this stipulation, with the Court's permission, that the status conference regarding sentencing scheduled for February 1, 2017, at 2:30 p.m., be continued to, April 12, 2017 at 2:30 p.m.

Dated: January 10, 2017    By:  /s/ *Patrick D. Robbins*
                                 Patrick D. Robbins
                                 Mikael A. Abye
                                 Attorneys for Defendant Robert Anderson

Dated: January 10, 2017    By:  /s/ *Chinhayi Cadet*[*]
                                 Chinhayi Cadet
                                 Assistant United States Attorney

**IT IS SO ORDERED.**

Date:  1/12/2017                 _____
                                 EDWARD M. CHEN
                                 United States District Judge

---

[*] Attestation: I, Patrick D. Robbins, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Rescheduling Status Conference Regarding Sentencing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Chinhayi Cadet has concurred in this filing.