1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHINHAYI COLEMAN CADET (CABN 194542)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7205
7       FAX: (415) 436-7234
        chinhayi.cadet@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )   No. CR 14-00639 EMC
14                                     )
             Plaintiff,                )   STIPULATION AND [PROPOSED] ORDER TO
15                                     )   VACATE STATUS RE SENTENCING HEARING
       v.                              )   AND TO SCHEDULE FOR SENTENCING
16                                     )   HEARING FOR DEFENDANT ROBERT
   ROBERT ANDERSON,                    )   ANDERSON
17                                     )
                                       )   Hearing Date:    July 26, 2017
18           Defendant.                )   Requested Date:  October 4, 2017
                                       )
19                                     )
                                       )
20

21                              **STIPULATION**

22      On March 9, 2016, the Court accepted Defendant Robert Anderson's guilty plea in the above-

23  referenced matter and scheduled a status conference regarding sentencing for August 17, 2016, at 2:30

24  p.m.

25      On August 16, 2016, the Court continued the status conference regarding sentencing pursuant to

26  a stipulation and proposed order filed by counsel for Anderson and the government requesting said

27  continuance in light of a then up-coming January 9, 2017 trial date scheduled for Anderson's co-

28  defendant, Scott Steever.

STIPULATION AND PROPOSED ORDER
CR 14-00639 EMC

1    On November 18, 2016, Steever pled guilty to Counts 1 and 2 of the Indictment in this matter,
2 and the Court scheduled Steever's sentencing for February 22, 2017.
3    Due to health conditions experienced by Steever, by a stipulated order dated February 2, 2017,
4 the Court continued Steever's sentencing to April 22, 2017.
5    Due to Steever's anticipated surgery and post-surgery recovery issues, by a stipulated order dated
6 On April 4, 2017, the Court continued Steever's sentencing to June 28, 2017.
7    At the sentencing hearing on June 28, 2017, due to Steever's medical situation, the Court
8 continued Steever's sentencing to August 9, 2017.
9    Having met and conferred, counsel for Anderson and counsel for the government agree that
10 vacating the status re sentencing hearing and re-setting the Anderson case for sentencing to take place
11 after Steever's sentencing serves the interests of efficiency and preserving court resources.
12    IT IS HEREBY STIPULATED AND AGREED between the parties to this stipulation, with the
13 Court's permission, that the status conference regarding sentencing scheduled for July 26, 2017 at 2:30
14 p.m., be vacated, and that the Anderson case be set for sentencing on October 4, 2017, at 2:30 p.m.  The
15 parties further request that Anderson's case be referred to the U.S. Probation Office for the preparation
16 of a Pre-Sentence Investigation Report.

Dated:  July 6, 2017                                  _____/s/_____
                                                      PATRICK D. ROBBINS
                                                      MIKAEL A. ABYE
                                                      Attorneys for Defendant Robert Anderson


Dated:  July 6, 2017                                  BRIAN J. STRETCH
                                                      United States Attorney

                                                      _____/s/_____
                                                      CHINHAYI COLEMAN CADET
                                                      Assistant United States Attorney


## [~~PROPOSED~~] ORDER

For good cause shown, the Court Hereby Orders that Defendant Robert Anderson's status re
sentencing hearing currently scheduled for July 26, 2017, at 2:30 p.m., is vacated, and that Anderson's

STIPULATION AND PROPOSED ORDER
CR 14-00639 EMC                                    2

case is set for a sentencing hearing on October 4, 2017, at 2:30 p.m.

The Court FURTHER ORDERS that Anderson's case is hereby referred to the U.S. Probation Office for the preparation of a Pre-Sentence Investigation Report.

Date: _____July 10, 2017_____   _____
HONORABLE EDWARD M. CHEN
United States District

